UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JAMES HOBBS,

        Plaintiff,                    Case No. 1:24-cv-1024

v.                                       Honorable Ray Kent

MICHIGAN PAROLE BOARD et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  March 18, 2025                   /s/ Ray Kent
                                                   Ray Kent
                                                   United States Magistrate Judge